```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION

DANIEL M. SOTO,                  §
     Petitioner,                 §
                                 §
VS.                              §   CIVIL ACTION NO.4:05-CV-200-Y
                                 §
COLE JETER, Warden,              §
FMC-Fort Worth,                  §
     Respondent.                 §
```

                        ORDER ADOPTING
            MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Daniel M. Soto under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 20, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 12, 2005.

The Court, after <u>de novo</u> review, concludes that Soto's objections must be overruled, that the motion to dismiss should be granted, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that respondent Jeter's June 14, 2005, motion to dismiss [docket no. 7] be, and is hereby, GRANTED.

It is further ORDERED that Daniel M. Soto's petition for writ of habeas corpus under 28 U.S.C. § 2241 be, and is hereby, DISMISSED for lack of jurisdiction.

SIGNED August 19, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2